STATE of Vermont v. Bernard O. MECIER, No. 249-76

September 17, 1976. Motion for release pending appeal denied.

Edna Alice Stark HUEY, Individually and as Administratrix of the Estate of Donald Kenneth Huey v. Elmer BATES, Murphy and Wilson Equipment, Inc. and John Deere Co., No. 262-76

September 24, 1976. It being made to appear that the judgment order from which permission to appeal is being sought in this Court is in fact a final order from which an appeal lies as a matter of right, the motion to permit an appeal under V.R.A.P. 5(b) is denied. V.R.C.P. 54(b).

Elizabeth A. MOCK v. Harold J. MOCK, No. 331-75

October 4, 1976. Appeal dismissed for failure to comply with progress order dated April 6, 1976.

Charles Leo DUPRE v. Edna Tuliper DUPRE v. Mary Ann Rocque, Administratrix of the Estate of Charles Leo Dupre, No. 86-76

October 5, 1976. The cause is remanded to the Rutland Superior Court in accordance with the stipulation of the parties for the purpose of hearing and determining the defendant's V.R.C.P. 60(b) motion, with direction to advance said cause upon the docket and to report to this Court its action upon this motion.

Suzanna L. WADLEIGH v. James WADLEIGH, No. 221-76

October 5, 1976. This cause is remanded to the Chittenden Superior Court pending appeal for the sole purpose of hearing and determining appellee's Motion for Restraining Order, with direction to advance said cause upon the docket and to report to this Court its action upon said motion.

Herman C. KINNEY v. GOODYEAR TIRE & RUBBER COMPANY, John C. Canney, H. Eugene Boyd, Gans Surplus Tire Company, No. 281-75

October 7, 1976. By concession of counsel, this matter, as to H. Eugene Boyd, is discontinued.

BRATTLEBORO SAND & GRAVEL, INC. v. HOMETTE, INC., No. 93-76

October 7, 1976. The motion of the appellee to dismiss the appeal under V.R.A.P. 31(c) is granted.